# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DONALD GOBLE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SANDRA HUTCHENS, etc., et al.,<br><br>　　　　　Respondents. | Case No. SACV 12-1831-JST (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: December 16, 2012

　　　　　　　　　　　　　　　JOSEPHINE STATON TUCKER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE